# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-00866-OWW-DLB PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A REGULAR CIVIL APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ORDER STRIKING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS FOR LACK OF SIGNATURE, AND REQUIRING PLAINTIFF TO EITHER FILE COMPLETED APPLICATION OR PAY FILING FEE IN FULL, WITHIN THIRTY DAYS<br><br>(Doc. 2) |

    Plaintiff Howard Williams ("plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 10, 2006, along with a motion seeking leave to proceed in forma pauperis. On the same date, plaintiff filed a notice of change of address to a residential address.

    Plaintiff's motion for leave to proceed in forma pauperis was not signed by plaintiff. Each document submitted for filing <u>must</u> include the original signature of the filing party. Local Rule 7-131; Fed. R. Civ. P. 11(a). Because plaintiff did not sign his motion, it shall be stricken from the record.

    Plaintiff is no longer in custody and is therefore required to file a regular civil application to proceed in forma pauperis. In the alternative, plaintiff may pay the $350.00 filing fee in full.

///

1  Plaintiff will be given thirty days within which to either file a completed application or pay the filing
2  fee.
3      Based on the foregoing, it is HEREBY ORDERED that:
4    1.    The Clerk's Office shall send plaintiff a regular civil application to proceed in forma
5         pauperis;
6    2.    Plaintiff's motion for leave to proceed in forma pauperis, filed July 10, 2006, is
7         STRICKEN from the record for lack of signature;
8    3.    Within **thirty (30) days** from the date of service of this order, plaintiff must either
9         file a completed application to proceed in forma pauperis or pay the $350.00 filing
10        fee in full; and
11   4.    The failure to comply with this order will result in dismissal of this action, without
12        prejudice.

14  IT IS SO ORDERED.
15  **Dated:** **February 23, 2007**      /s/ **Dennis L. Beck**
    i0d3h8                                UNITED STATES MAGISTRATE JUDGE

2