1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 H. WILLIAMS,                          1:06-cv-00866-OWW-NEW (DLB) PC

12            Plaintiff,          **ORDER ADOPTING FINDINGS AND
                                  RECOMMENDATIONS** (Doc. 7)
13 vs.
                                  **ORDER DISMISSING ACTION,
14 JEANNE WOODFORD, et al.,       WITHOUT PREJUDICE, FOR FAILURE
                                  TO OBEY A COURT ORDER** (Doc. 5)
15            Defendants.
                                  /
16

17      Plaintiff H. Williams ("plaintiff"), a former state prisoner

18 proceeding pro se, has filed this civil rights action seeking

19 relief under 42 U.S.C. § 1983.  The matter was referred to a

20 United States Magistrate Judge pursuant to 28 U.S.C. §

21 636(b)(1)(B) and Local Rule 72-302.

22      On April 18, 2007, the Magistrate Judge filed a Findings and

23 Recommendations herein which was served on plaintiff and which

24 contained notice to plaintiff that any objection to the Findings

25 and Recommendations was to be filed within fifteen days.  To

26 date, plaintiff has not filed an objection to the Magistrate

27 Judge's Findings and Recommendations.

28 //

1

1    In accordance with the provisions of 28 U.S.C. §

2  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>

3  <u>novo</u> review of this case.  Having carefully reviewed the entire

4  file, the Court finds the Findings and Recommendations to be

5  supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed April 18, 2007,

8  is ADOPTED IN FULL; and,

9    2.   This action is DISMISSED, without prejudice, based on

10  plaintiff's failure to obey the court's order of February 27,

11  2007.

12

13  IT IS SO ORDERED.

14  **Dated:   June 5, 2007**                        **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28